IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEELWORKERS PENSION TRUST, by Daniel A. Bosh, Chairman, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 19-205 |
| JENSEN MANUFACTURING CO., | ) ) | |
| Defendant. | ) | |

## **O R D E R**

AND NOW, this 5th day of June, 2019, after the plaintiff having filed an action in the above-captioned case, and after a Report and Recommendation (Document No. [9]) was filed by the Chief United States Magistrate Judge Cynthia Reed Eddy recommending that the motion for default judgment filed by Plaintiff (Document No. [8]) be granted and that the proposed judgment provided by Plaintiff be entered and granting the parties until May 31, 2019 to file written objections thereto, no objections having been filed, and upon independent review of the record, and upon consideration of the Chief United States Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment [8] is GRANTED. An appropriate Judgment follows.

    s/Nora Barry Fischer
    United States District Judge

cc: Honorable Cynthia Reed Eddy
      Chief United States Magistrate Judge

      All Counsel of Record by electronic filing